

# THE THIRTEENTH COURT OF APPEALS

## 13-21-00461-CV

Hidalgo County, Texas
v.
Maria Isidra Perez, Individually and as Next Friend of J.B. and J.B., Minors,
Arleth Briones and Lucia Elizabeth Perez

On Appeal from the
County Court at Law No. 5 of Hidalgo County, Texas
Trial Court Cause No. CL-19-4378-E

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellant, and it is ordered to pay all costs of the appeal from which it is not exempt by statute.

We further order this decision certified below for observance.

August 25, 2022